# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Dickson, | No. CV-16-02414-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| GoDaddy.com LLC, | |
| Defendant. | |

The Court has reviewed the parties' Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal. (Doc. 44.) For good cause shown,

**IT IS ORDERED** that the parties' settlement is approved, the Court finding that the settlement is fair and reasonable resolution of a bona fide dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

**IT IS FURTHER ORDERED** dismissing, with prejudice, this lawsuit and all claims asserted by Plaintiffs herein.

Dated this 6th day of July, 2017.

Douglas L. Rayes
United States District Judge